IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB BIOPHARMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC., and HARRIS FRC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD. d/b/a ZYDUS CADILA,<br>Defendants. | C.A. No. 16-903 (LPS) |

## STIPULATION AND CONSENT JUDGMENT

WHEREAS, Plaintiffs and Defendants were parties to *UCB, Inc. et al. v. Accord Healthcare, Inc. et al.*, C.A. No. 13-1206-LPS (the "Preceding Action"),

WHEREAS, this Court entered judgment on September 2, 2016 that Defendants infringe U.S. Patent No. RE38,551 (the "'551 Patent) and that the '551 Patent is not invalid (D.I. 323 in the Preceding Action),

WHEREAS, on May 23, 2018, the Federal Circuit affirmed the Court's Judgment in the Preceding Action (D.I. 129 in No. 2016-2610),

WHEREAS, on August 24, 2018, the Federal Circuit denied the petitions for rehearing in the Preceding Action (D.I. 147 in No. 2016-2610),

WHEREAS, the Federal Circuit's mandate issued on August 31, 2018 (D.I. 345 in the Preceding Action),

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED that:

1. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic lacosamide product that is the subject of Defendants' ANDA No. 209465 would infringe claims 9, 10, and 13 of the '551 Patent.

2. Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval of Defendants' ANDA No. 209465 is to be a date that is not earlier than the date of expiration of the '551 Patent inclusive of the patent term extension granted under 35 U.S.C. § 156 and any other applicable exclusivities and extensions.

3. Pursuant to 35 U.S.C. § 271(e)(4)(B), Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, Defendants' proposed generic lacosamide product that is the subject of Defendants' ANDA No. 209465 during the term of the '551 Patent.

STIPULATED AND CONSENTED TO:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MURPHY & LANDON |
| */s/ Jack B. Blumenfeld* | */s/ Francis J. Murphy* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 358-9200<br>jblumenfeld@mnat.com<br>mdellinger@mnat.com | Francis J. Murphy (#223)<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19806<br>(302) 472-8103<br>fmurphy@msllaw.com |
| *Attorneys for Plaintiffs UCB, Inc.,*<br>*UCB BioPharma SPRL, Research*<br>*Corporation Technologies, Inc. and*<br>*Harris FRC Corporation* | *Attorneys for Defendants Zydus*<br>*Pharmaceuticals (USA) Inc. and*<br>*Cadila Healthcare Ltd.* |

September 25, 2018
11941864

SO ORDERED this 26th day of September, 2018.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

3